# **EXHIBIT C**



CL-2020-000318
CL-2020-000320

**IN THE HIGH COURT OF JUSTICE**
**BUSINESS AND PROPERTY COURTS OF ENGLAND AND WALES**
**COMMERCIAL COURT (QBD)**

Before Mr Justice Foxton

Dated 4 August 2020

B E T W E E N: -

         **BANCO SAN JUAN INTERNACIONAL, INC.**

                                                                                                    Claimant

                                       - and -

         **PETRÓLEOS DE VENEZUELA, S.A.**

                                                                                                 Defendant

---

**MINUTE OF ORDER**

---

**UPON** the applications of the Claimant ("**BSJI**") for summary judgment in the above-numbered claims against the defendant ("**PDVSA**") (the "**Claims**") issued on 25 June 2020 (the "**Summary Judgment Applications**") pursuant to (i) a credit agreement between BSJI as Lender, and PDVSA as Borrower dated 23 March 2016 (the "**2016 Credit Agreement**") and (ii) a credit agreement between BSJI as Lender, PDVSA as Borrower and PDVSA Petróleo S.A. as Guarantor dated 6 April 2017 (the "**2017 Credit Agreement**")

**UPON** the application of PDVSA to adjourn the Summary Judgment Applications by its application notice issued on 30 July 2020 (the "**Adjournment Application**")

**UPON** reading the evidence

Exhibit C - 1

**UPON** hearing Mr Harris Bor for PDVSA and Mr Adam Al-Attar for BSJI, first on the issue of disputed service and secondly on the Adjournment Application

**IT IS DECLARED THAT** the Claims have been validly and duly served on PDVSA pursuant to CPR Rule 6.11 and Clause 9.12(c) of the 2016 Credit Agreement and clause 10.12(c) of the 2017 Credit Agreement

**AND IT IS ORDERED THAT**:

(1) The Summary Judgment Applications are adjourned on the following terms:

   a. The Summary Judgment Applications shall be re-listed with a time estimate of half a day for the first available date after 1 October 2020, in particular, for 16 October 2020 (if available).

   b. PDVSA shall file any evidence in response to the Summary Judgment Applications by 4pm on 18 September 2020.

   c. BSJI shall file any evidence in reply to PDVSA's evidence in response by 4pm on 2 October 2020.

   d. The parties shall agree and lodge a bundle for the hearing by 4pm on 9 October 2020.

   e. The parties shall exchange and file skeleton arguments by 4pm three clear days prior to the hearing on the Summary Judgment Applications.

(2) PDVSA shall pay BSJI's costs of and occasioned by the Adjournment Application including costs thrown away and BSJI's costs of the hearing on 31 July 2020, which costs shall be assessed if not agreed save that (if no agreement is reached) any assessment shall be postponed until further order.

**Exhibit C - 2**