# EXHIBIT D



MONDAY 8TH MARCH 2021

# IN THE COURT OF APPEAL

ON APPEAL FROM THE HIGH COURT OF JUSTICE
QUEEN'S BENCH DIVISION
COMMERCIAL COURT

CL-2020-000318
CL-2020-000320

**BEFORE**      LORD JUSTICE MALES

**B E T W E E N**

PETROLEOS DE VENEZUELA, S.A.

APPLICANT /
DEFENDANT

- and -

BANCO SAN JUAN INTERNACIONAL, INC

RESPONDENT /
CLAIMANT

Her Majesty's
Court of Appeal

1 2 MAR 2021

REMOTE HEARING
Application No.

A4/2021/0136 AND
A4//2021/0149

**UPON** the applications of the Applicant (**PDVSA**) for permission to appeal the orders of Mrs Justice Cockerill DBE dated 3 December 2020 (the **Orders**) in CL-2020-000318 (the **2016 Claim**) and CL-2020-000320 (the **2017 Claim**, together the **Claims**), made by way of Appellant's Notices filed on 23 December 2020

**AND UPON** the Respondent (**BSJI**) having alleged that an appeal on Grounds 1-4 of PDVSA's Grounds of Appeal would be futile or academic following the issuance of a licence to BSJI by the Office for Foreign Assets Control of the US Treasury Department on 10 December 2020 (the **Licence Issue**)

**AND UPON** the Court having given directions by order dated 16 February 2021 for the parties to serve skeleton arguments and for an oral hearing to address the Licence Issue

**AND UPON** BSJI having proposed that permission to appeal be refused on terms that:

1.      Paragraph 4 of each of the Orders be set aside; and

2.       PDVSA's costs of and occasioned by BSJI's applications for summary judgment in the Claims made by application notices dated 25 June 2020 (the **Summary Judgment Applications**) be paid by way of set off against the amounts owed by PDVSA to BSJI under paragraph 1 of each of the Orders as set out in paragraph 1(2) below.

**AND UPON** hearing Ali Malek QC for PDVSA and Adam Al-Attar for BSJI remotely by Microsoft Teams

## IT IS ORDERED THAT:

1.      Permission to appeal is refused on terms that:



**Exhibit D - 1**

(1)     Paragraph 4 of each of the Orders shall be set aside; and

(2)     PDVSA's costs of and occasioned by the Summary Judgment Applications totalling £173,041, being US$239,376  as at the date of this Order,  shall be paid by way of set off against the amounts owed by PDVSA to BSJI under paragraph 1 of each of the Orders, being a set off of US$119,688 in respect of each amount, and PDVSA shall pay to BSJI the net balance of the aforesaid set off, being, US$46,536,380 in respect of the Order in the 2016 Claim and US$37,110,590 in respect of the Order in the 2017 Claim.



( The Court sat on 8th March 2021 from 9.30 to 10.15)



**Exhibit D - 2**

**MONDAY 8TH MARCH 2021**

# IN THE COURT OF APPEAL

ON APPEAL FROM THE HIGH COURT OF JUSTICE
QUEEN'S BENCH DIVISION COMMERCIAL COURT

PETROLEOS DE VENEZUELA, S.A.

- and -

BANCO SAN JUAN INTERNACIONAL, INC

ORDER

Copies to:

Queen's Bench Division - Admiralty & Commercial
Court
DX 160040
Strand 4
Ref: CL-2020-000318 AND CL-2020-000320

Allen & Overy LLP
One Bishops Square
London
E1 6AD
Ref: MIL/JJH/0117128-0000002

Gresham Legal
Central Court
25 Southampton Buildings
London
WC2A 1AL
Ref: SK/PDV1032

*

---

* This order was drawn by Ms A Marie Smith (Associate) to whom all enquiries regarding this order should be made. When communicating with the Court please address correspondence to Ms A Marie Smith, Civil Appeals Office, Room E307, Royal Courts of Justice, Strand, London WC2A 2LL (DX 44450 Strand) and quote the Court of Appeal reference number. The Associate's telephone number is

**Exhibit D - 3**