

Thomas A. Uebler
(302) 468-5963
tuebler@mdsulaw.com

October 14, 2022

BY EFILING AND HAND DELIVERY

The Honorable Richard G. Andrews
District Court of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

    Re:    *Banco San Juan Internacional Inc. v. Petróleos de Venezuela S.A. and Petróleo, S.A.*, C.A. No. 1:22-cv-01315-RGA

Dear Judge Andrews:

    Please find enclosed an amended civil cover sheet. Pursuant to D. Del. LR 3.1(b), the amended civil cover sheet indicates other related civil actions pending in this Court, all currently assigned to the Honorable Leonard P. Stark. The undersigned believes that it would entail substantial duplication of labor if heard by different judges. Counsel is available at the Court's convenience should Your Honor have any questions.

        Respectfully,

        */s/ Thomas A. Uebler*

        Thomas A. Uebler (#5074)

Enclosures

Little Falls Centre Two | 2751 Centerville Road, Suite 401 | Wilmington, Delaware 19808
M 302-468-5960 | F 302-691-6834 | mdsulaw.com

MDSU W0330202.v1