IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BANCO SAN JUAN INTERNACIONAL INC., | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Case No. 1:22-cv-01315-LPS |
| PETRÓLEOS DE VENEZUELA S.A. and PDVSA PETRÓLEO, S.A., | | |
| Defendants. | | |

## STATUS REPORT OF PLAINTIFF BANCO SAN JUAN INTERNACIONAL, INC.

On October 24, 2022, the Court ordered Plaintiff Banco San Juan Internacional Inc. ("Plaintiff" or "BSJI") and Defendants Petróleos de Venezuela S.A. ("PDVSA") and PDVSA Petróleo, S.A. ("Petróleo") (together "Defendants") to file a joint status report. As Plaintiff is in the process of serving Defendants, the following report regarding the status of the pleadings, service, and discovery is filed on behalf of Plaintiff.

**Status of the Pleadings and Service**: BSJI filed the Complaint in this matter on October 5, 2022. On October 12, the case was initially assigned to Judge Richard G. Andrews. Thereafter, on October 19, the case was reassigned to Judge Leonard P. Stark because it is related to *Crystallex International Corporation v. Bolivarian Republic of Venezuela* (Case No. 1:17-mc-00151-LPS) and other related cases pending before Judge Stark.

In accordance with 28 U.S.C. § 1608(a), BSJI is seeking to serve Defendants through the special arrangement for service contractually agreed between Plaintiff and Defendants and through the Hague Service Convention. The summonses for each Defendant were issued on October 25, 2022.

BSJI filed this lawsuit to recognize its two foreign judgments against Defendants pronounced by The High Court of Justice, Business and Property Courts of England and Wales, Commercial Court (QBD) in the United Kingdom ("U.K."). Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(f)(1) because a substantial part of the property that is the subject of this enforcement action is situated in Delaware and pursuant to 28 U.S.C. § 1391(f)(3) because Defendants are licensed to do business or are doing business in Delaware within the meaning of 28 U.S.C. § 1603. Additionally, BSJI filed this action in this judicial district because of the ongoing litigation in this Court regarding the sale of PDVSA's shares in PDV Holding Inc. ("PDVH") to satisfy various judgment creditors of Venezuela and its state-owned entities, including PDVSA.

On October 7, 2022, the Court entered an order in *Crystallex v. Venezuela* (Case No. 1:17-mc-00151-LPS, Doc. No. 481) setting out the schedule and process for the sale of PDVH shares. Among other things, this Order established a deadline by which "the Court will decide in accordance with applicable law which, if any, additional judgments (the 'Additional Judgments,' and with the Crystallex Judgment, the 'Attached Judgments') are to be considered by the Special Master for purposes of the Sale Transaction." After domesticating its foreign U.K. judgments through this action, BSJI seeks to convert these judgments into "additional judgments" or "attached judgments" to be considered by Special Master Robert B. Pincus for purposes of the sale procedure of PDVH shares.

**Discovery Planning Conference:** Plaintiff is prepared to meet and confer with Defendants regarding a date to conduct a Rule 26(f) conference and expects to submit a proposed discovery plan within 14 days after completion of this conference in accordance with Rule 26(f)(2).

Dated: October 31, 2022

Respectfully submitted,

MCCOLLOM D'EMILIO SMITH
 UEBLER LLC

*/s/ Thomas A. Uebler*
Thomas A. Uebler (#5074)
2751 Centerville Rd., Suite 401
Wilmington, DE 19808
Phone: (302) 468-5960
Fax: (302) 691-6834
Email: tuebler@mdsulaw.com


WINSTON & STRAWN LLP

*/s/ Paula W. Hinton*
Paula W. Hinton*
Kelly Librera*
M. Imad Khan*
Rachael E. Thompson*
800 Capitol St., Suite 2400
Houston, TX 77002
Phone: (713) 651-2600
Fax: (713) 651-2700
Email: phinton@winston.com
 klibrera@winston.com
 ikhan@winston.com
 rthompson@winston.com

*admitted pro hac vice*

**Counsel for Banco San Juan Internacional, Inc.**