## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BANCO SAN JUAN INTERNACIONAL. INC., | : | |
| | : | |
| *Plaintiff*, | : | C.A. No. 1:22-CV-01315-LPS |
| | : | |
| v. | : | |
| | : | |
| PETRÓLEOS DE VENEZUELA, S.A. | : | |
| and PDVSA PETRÓLEO, S.A., | : | |
| | : | |
| *Defendants*. | : | |

## DEFENDANTS' MOTION TO DISMISS

Defendants Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A., by and through their undersigned counsel, move to dismiss this action in its entirety or transfer this action to the United States District Court for the District of Columbia due to improper venue under the Foreign Sovereign Immunities Act (the "FSIA"), 28 U.S.C. § 1391(f), and pursuant to Federal Rule of Civil Procedure 12(b)(3).  In the alternative, Defendants move to dismiss this action in its entirety for improper service of process, lack of personal jurisdiction, and lack of subject matter jurisdiction under the FSIA, 28 U.S.C. § 1608(b) and 28 U.S.C. § 1330(a)-(b), pursuant to Federal Rule of Civil Procedure 12(b)(4)-(5), (2), and (1), respectively.  The grounds for this Motion are set forth more fully in the accompanying memorandum of law, which is filed concurrently herewith.

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Samuel T. Hirzel, II*

Samuel T. Hirzel, II (#4415)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
shirzel@hegh.law

*Attorney for Defendants Petróleos de Venezuela, S.A.*
*and PDVSA Petróleo, S.A.*

CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP

Joseph D. Pizzurro
Kevin A. Meehan
Juan O. Perla
101 Park Avenue
New York, NY 10178
(212) 696-6000
jpizzurro@curtis.com
kmeehan@curtis.com
jperla@curtis.com

Dated: January 17, 2023