IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BANCO SAN JUAN INTERNACIONAL INC., | §<br>§<br>§ |
| Plaintiff, | §<br>§ |
| v. | §   C.A. No. 1:22-CV-01315-LPS |
| | § |
| PETRÓLEOS DE VENEZUELA S.A. and PDVSA PETRÓLEO, S.A., | §<br>§<br>§ |
| Defendants. | §<br>§ |

**DECLARATION OF M. IMAD KHAN IN SUPPORT OF PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

WINSTON & STRAWN LLP

Paula W. Hinton
M. Imad Khan
Rachael E. Thompson
800 Capitol St., Suite 2400
Houston, TX 77002
Phone: (713) 651-2600
Fax: (713) 651-2700
phinton@winston.com
ikhan@winston.com
rthompson@winston.com

Kelly Librera
200 Park Avenue
New York, NY 10166
Phone: (212) 294-6700
Fax: (212) 294-4700
klibrera@winston.com

Dated: February 16, 2023

MCCOLLOM D'EMILIO SMITH UEBLER LLC

Thomas A. Uebler (#5074)
Adam J. Waskie (#6217)
2751 Centerville Rd., Suite 401
Wilmington, DE 19808
Phone: (302) 468-5960
Fax: (302) 691-6834
tuebler@mdsulaw.com
awaskie@mdsulaw.com

*Attorneys for Plaintiff Banco San Juan Internacional, Inc.*

I, M. Imad Khan, declare the following:

1. I am an attorney at Winston & Strawn LLP and am licensed to practice law in the District of Columbia and the State of Texas. I am counsel for Plaintiff Banco San Juan Internacional, Inc. ("BSJI") in the above-captioned matter.

2. BSJI is also represented by Thomas A. Uebler, Esq. and Adam J. Waskie, Esq. of McCollom D'Emilio Smith Uebler LLC, who are admitted to practice in Delaware, serving as local counsel.

3. Attached hereto as Exhibit C is a true and accurate copy of Maples' Confirmation of Appointment of Process Agent on behalf of Petróleos de Venezuela, S.A. ("PDVSA") for the 2016 Credit Agreement dated May 18, 2020.

4. Attached hereto as Exhibit D is a true and accurate copy of Maples' Confirmation of Appointment of Process Agent on behalf of PDVSA for the 2017 Credit Agreement dated May 18, 2020.

5. Attached hereto as Exhibit E is a true and accurate copy of Maples' Confirmation of Appointment of Process Agent on behalf of PDVSA Petróleo, S.A. for the 2017 Credit Agreement dated May 18, 2020.

6. Attached hereto as Exhibit F is a true and accurate copy of the email dated November 21, 2022 from Maples' Corporate Services Coordinator, Ms. Rachel Spence, confirming electronic delivery of (1) the summons issued to PDVSA, (2) the summons issued to Petróleo, (3) BSJI's Complaint for Recognition of Plaintiff's Foreign Money Judgments and exhibits thereto, and (4) the civil cover sheet for this matter (together, the "Recognition Papers") to Defendants.

7.      Attached hereto as Exhibit G are true and correct copies of the witness statements of Messrs. Rubén Valdivieso and Juan Tirado of Rodner, Martínez and Asociados—Maples' Venezuelan counsel—confirming the physical delivery of the Recognition Papers and Maples' correspondence to Defendants forwarded to me by Maples.

8.      Attached hereto as Exhibit H are true and correct copies of the summonses and Maples' correspondence to Defendants that were stamped and signed on November 24, 2022 by Defendants' Correspondence Department, Finance Department, and Office of the President of PDVSA forwarded to me by Maples.

I declare under the pains and penalties of perjury that the foregoing is true and correct.

Dated: February 16, 2023                    _____
                                                                  M. Imad Khan