IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BANCO SAN JUAN INTERNACIONAL. INC., <br><br> *Plaintiff*, <br><br> v. <br><br> PETRÓLEOS DE VENEZUELA, S.A. and PDVSA PETRÓLEO, S.A., <br><br> *Defendants*. | : <br> : <br> : <br> : C.A. No. 1:22-CV-01315-LPS <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## DECLARATION OF JULIAN CARDENAS GARCIA

I, JULIAN CARDENAS GARCIA, declare as follows:

1. I am a member of the *ad hoc* Board of Directors of Petróleos de Venezuela, S.A. (the "<u>PDVSA *ad hoc* Board</u>").

2. I submit this declaration in support of Defendants' Motion to Dismiss. D.I. 16.

3. I have carefully reviewed the assertions made by Plaintiff concerning service of process in the above-captioned action and in the prior proceedings before the U.K. courts and have conferred with the other members of the PDVSA ad hoc Board about those assertions. The PDVSA *ad hoc* Board never received service of process in the above-captioned proceeding. Nor did the PDVSA *ad hoc* Board ever receive service of process in the prior proceedings before the U.K. courts.

4. I have reviewed the exhibits attached to the Declaration of M. Imad Khan which purport to show that service of process was effected in the above-captioned proceeding. D.I. 22. None of the individuals that Plaintiff purportedly served are members of, or affiliated in

any way with, the PDVSA *ad hoc* Board. It is our understanding that those persons are affiliated with the Maduro regime. Additionally, Plaintiff purported to serve Defendants at an address in Caracas, Venezuela. The PDVSA *ad hoc* Board does not have access to or control over those premises. It is our understanding that those premises are occupied by persons affiliated with the Maduro regime.

5. The PDVSA *ad hoc* Board never appeared in the prior U.K. proceedings and did not retain counsel to represent Defendants in those U.K. proceedings. The PDVSA *ad hoc* Board was unaware of the U.K. proceedings and the underlying Credit Agreements until our attorneys alerted us about the existence of the above-captioned action after they discovered this action during a routine search of the court's dockets.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 6, 2023
Houston, Texas

_____
Julian Cardenas Garcia