IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BANCO SAN JUAN INTERNACIONAL INC., | § § § |
| Plaintiff, | § § |
| v. | §   C.A. No. 1:22-CV-01315-LPS § |
| PETRÓLEOS DE VENEZUELA S.A. and PDVSA PETRÓLEO, S.A., | § § § § |
| Defendants. | § |

## APPLICATION FOR ORAL ARGUMENT

Pursuant to D. Del. Local Rule 7.1.4, Plaintiff Banco San Juan Internacional Inc. respectfully requests oral argument on Defendants Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A.'s Motion to Dismiss (D.I. 16). Plaintiff believes oral argument will aid the Court in its disposition of the Motion.

March 13, 2023

OF COUNSEL:

WINSTON & STRAWN LLP
Paula W. Hinton
M. Imad Khan
Rachael E. Thompson
800 Capitol St., Suite 2400
Houston, TX 77002
Phone: (713) 651-2600
Fax: (713) 651-2700
phinton@winston.com
ikhan@winston.com
rthompson@winston.com

Kelly Librera
200 Park Avenue
New York, NY 10166
Phone: (212) 294-6700
Fax: (212) 294-4700
klibrera@winston.com

MCCOLLOM D'EMILIO SMITH
UEBLER LLC

/s/ Thomas A. Uebler
Thomas A. Uebler (#5074)
Adam J. Waskie (#6217)
2751 Centerville Rd., Suite 401
Wilmington, DE 19808
Phone: (302) 468-5960
Fax: (302) 691-6834
tuebler@mdsulaw.com
awaskie@mdsulaw.com

*Attorneys for Plaintiff Banco San Juan Internacional, Inc.*

MDSU W0360348.v1