IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BANCO SAN JUAN INTERNACIONAL INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 1:22-CV-01315-LPS |
| PETRÓLEOS DE VENEZUELA S.A. and PDVSA PETRÓLEO, S.A., | § § § § | |
| Defendants. | § § | |

**RULE 7.1.1 STATEMENT**

I, Thomas A. Uebler, Esq., attorney for Plaintiff Banco San Juan Internacional Inc. ("Plaintiff"), hereby state that under Rule 7.1.1, reasonable efforts have been made to reach an agreement with counsel for Defendants Petróleos de Venezuela S.A. and PDVSA Petróleo, S.A. ("Defendants"), with respect to the matters set forth in Plaintiff's Motion to Strike Defendants' New Arguments and Evidence, or Alternatively, For Leave to File a Sur-Reply ("Motion"). Despite these efforts, counsel were unable to come to an agreement, thereby requiring Plaintiff to file this Motion.

| | |
|---|---|
| WINSTON & STRAWN LLP | MCCOLLOM D'EMILIO SMITH UEBLER LLC |
| Paula W. Hinton<br>M. Imad Khan<br>Rachael E. Thompson<br>800 Capitol St., Suite 2400<br>Houston, TX 77002<br>Phone: (713) 651-2600<br>Fax: (713) 651-2700 | /s/ Thomas A. Uebler<br>Thomas A. Uebler (#5074)<br>Adam J. Waskie (#6217)<br>2751 Centerville Rd., Suite 401<br>Wilmington, DE 19808<br>Phone: (302) 468-5960 |

W0360358.docx.v1

phinton@winston.com
ikhan@winston.com
rthompson@winston.com

Kelly Librera
200 Park Avenue
New York, NY 10166
Phone: (212) 294-6700
Fax: (212) 294-4700
klibrera@winston.com

March 13, 2023

Fax: (302) 691-6834
tuebler@mdsulaw.com
awaskie@mdsulaw.com

*Attorneys for Plaintiff Banco San Juan Internacional, Inc.*

W0360358.docx.v1